**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **NIGORA NURIDDINOVNA BEGALIEVA** | **CIVIL ACTION NO. 25-0772** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **PAM BONDI, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

Petitioner Nigora Nuriddinovna Begalieva, a prisoner at Richwood Correctional Center proceeding pro se, filed this proceeding on approximately June 4, 2025, under 28 U.S.C. § 2241. On June 10, 2025, the Court ordered Petitioner to, within thirty days, file her petition on the approved form and either pay the $5.00 filing fee or file a completed in forma pauperis application on the approved form.  [doc. # 3].  That deadline passed, and Petitioner has failed to comply with the Court's Order.

Accordingly, **IT IS ORDERED** that Petitioner's Petition, [doc. # 1], is **STRICKEN** from the record.

In Chambers, Monroe, Louisiana, this 26th day of August, 2025.

Kayla Dye McClusky
United States Magistrate Judge